Nunc Pro Tunc as of
April 30, 2015

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMAX AUTO SUPERSTORES CALIFORNIA LLC, a Virginia limited liability company,<br><br>    Petitioner,<br><br>  vs.<br><br>ROSELLA MICHELLE HERNANDEZ, an individual,<br><br>    Respondent. | CASE NO. CV 14-08743 MMM (JEMx)<br><br>AMENDED JUDGMENT |

  On November 12, 2014, CarMax Auto Superstores California LLC ("CarMax") filed a petition for an order compelling arbitration under § 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4; it also sought a stay of state court proceedings arising out of its dispute with Rosella Michelle Hernandez. On April 30, 2015, the court issued an order granting CarMax's petition and staying state court proceedings. Consequently,

IT IS ORDERED AND ADJUDGED

1. That the parties shall arbitrate their dispute pursuant to the terms of the operative Dispute Resolution Agreement;

2. That the proceedings currently pending in Orange County Superior Court be stayed pending completion of the arbitration; and

3. That the action be, and it hereby is, dismissed.

DATED: May 28, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2